UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE BUDD COMPANY, INC., | ) | Case No. 14-11873 |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |

**AGREED ORDER GRANTING DEBTOR'S MOTION TO ADJOURN
HEARING DATES ON APPROVAL OF AFFILIATE SETTLEMENT AGREEMENT**

Upon the Motion (the "**Motion**")[1] of the Debtor to Adjourn Hearing Dates on Debtor's Motion to Approve Affiliate Settlement Agreement Pursuant to Section 105 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "**Settlement Motion**"); and the Court having considered the Motion and the statements of parties at a hearing on the Motion;

**IT IS ORDERED THAT:**

1. The Debtor and TKNA shall file on or before September 3, 2014 an amendment to the Settlement Agreement, providing that the Outside Approval Date shall be extended to October 31, 2014.

2. A hearing on the Settlement Motion shall be held on

   a. October 6, 2014 at 1:30 pm (CT),

   b. October 7, 2014 at 1:30 pm (CT),

   c. October 8, 2014 at 10 AM (CT), ~~and~~

   ~~d. October 15, 2014 at 2:00 p.m. (CT).~~

   [handwritten signatures: RH (for UAW), WW (TKNA), JW (Budd), KS (Retiree Committee)]

3. Objections to the Settlement Motion, if any, shall be filed no later than 4:00 pm (CT) on September 24, 2014.

---

[1] Each capitalized term used but not defined herein shall have the meaning ascribed thereto in the Motion.

4.      Responses to Objections shall be filed no later than 4:00 pm (CT) on October 1, 2014.

5.      The Debtor shall file a statement with the Court stating whether it intends to ratify the Settlement Agreement, or identifying proposed modifications thereto on or before September 6, 2014. If the Debtor files a statement ratifying the Settlement Agreement, the parties agree, and thereby shall: (a) conduct the depositions of Brian Bastien (on September 10, 2014 in Chicago, Illinois) and Nancy Hutcheson (on September 9, 2014 in Birmingham, MI); (b) conduct the depositions of Larry Paulson and Robert Aginian between the dates of September 8, 2014 and September 15, 2014 in Chicago, Illinois; and (c) conduct the deposition of Guido Kerkhoff on September 17, 2014 in Toronto, Canada. Marcus Boening will be deposed on August 27, 2014 in Mobile, Alabama and Dr. Heinz Hense on September 5, 2014 in Chicago, Illinois.

6.      The Court recognizes and shall enforce the UAW/E&A Committee Appeal Agreement (as defined and set forth in the *Agreed Order: (1) Scheduling Hearing on, and Related Deadlines for, Settlement Motion; and (2) Resolving Related Discovery Motions*, entered on August 1, 2014 [Doc. No. 374]).

7.      The section of this Court's *Final Pretrial Order On Motion To Approve Affiliate Settlement Agreement dated August 1, 2014* ("**Final Pretrial Order**") [Doc. No. 371] entitled "Expert and Rule 701 Witnesses" is stricken and replaced with the following:

Expert and Rule 701 Witnesses

If any parties are to use expert witnesses or lay witnesses to testify under Federal Evidence Rule 701 at trial, those witnesses should be identified and their written reports and opinions, if any, shall be filed with the Court and served on the parties no later than 4:00 CT on September 22, 2014.

2

8. The Final Pretrial Order is further amended to provide that witness and exhibit lists shall be due on October 2, 2014 and objections to exhibits and witnesses shall be due on October 6, 2014.

9. The hearing dates on the Settlement Motion previously scheduled by the Court for September 22, 23, 26, and 27, 2014 shall be stricken.

10. The Court shall adjourn the pretrial conference scheduled for September 12, 2014 and hold a final pretrial conference on _Sept 26_, 2014, at 1:30 PM

11. No further continuances of the Settlement Agreement hearing date shall be granted; provided, however, that such hearing date shall be subject to the right of the UAW and the Retiree Committee to file in good faith motions to compel, which must be filed no later than September 22, 2014, and the Court's discretion to adjust the hearing date based upon such motions to compel.

12. The Court retains jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

3

**Agreed to by:**

THE BUDD COMPANY, INC.

By: _____

Printed Name: J. Marwil

One of its attorneys

THYSSENKRUPP NORTH AMERICA, INC.

By: _____

Printed Name: Daniel J. Dulworth

One of its attorneys

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE AND
AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA (UAW)

By: _____
     its Counsel

Printed Name: Linda P. Canfield

One of its attorneys

COMMITTEE OF EXECUTIVE &
ADMINISTRATIVE RETIREES

By: _____

Printed Name: Catherine Steege

One of its attorneys

**SO ORDERED:**

Dated: AUG 26 2014

_____
United States Bankruptcy Court Judge
AUG 26 2014