UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:                )
                                 )
THE BUDD COMPANY, INC.,          )    CASE NO. 14 B 11873
                                 )
         Debtor                  )

**AMENDED FINAL PRETRIAL ORDER ON DEBTOR'S MOTION TO APPROVE AFFILIATE SETTLEMENT AGREEMENT (DOCKET NO. 11)**

Pursuant to Agreed Order of August 26, 2014, the following Amended Pretrial Order is entered. The earlier Final Pretrial Order (Docket No. 371) is vacated.

## ADMISSIONS

All well pleaded facts admitted in the pleadings are admitted into evidence, unless objections are filed to relevance or prejudice at least 7 calendar days prior to trial.

## STIPULATIONS

To the extent reasonably possible, the parties will stipulate in writing to facts and documents, and their said stipulation is admitted into evidence. Copies of stipulated documents should be appended thereto. Pretrial conference is set **September 26, 2014, at 1:30 p.m.** to report status of stipulations as to facts and documents. On September 26, 2014, the maximum trial hours for each party will be fixed and post-trial argument in writing will be scheduled.

## EXHIBITS AND DEPOSITIONS

On or before **October 2, 2014**, all parties are to exchange among themselves and also deliver to the Court in chambers copies of all exhibits they intend to introduce in evidence. **Each exhibit must be clearly numbered, tabbed, and contained in a binder** in the order of its probable presentation at trial. Each document must be given a separate exhibit number. Prepare a list of those numbered exhibits with a very brief identification of each. Copies of those exhibit lists shall be exchanged among the parties and delivered to the Court in chambers with copies of the exhibits listed, and the original exhibit lists shall be filed with the Clerk with proof of service.

If there is any objection to any exhibit so listed and exchanged, each objection must be stated in writing and filed and served on or before **October 6, 2014**. If no written objection is made to the Court and copy of the objection served on the proponent, such exhibits will be received in evidence without any further authentication or hearing as to relevance or any other issue. If objections are

filed, only those express objections filed will be considered and all other possible objections are deemed waived.

If deposition transcripts are to be offered, portions offered by each party will be separately color-coded on the face thereof, and each portion objected to will be bracketed on the face thereof by an objector's color code, so that the Court may see the portions offered and objected to by each party merely by examining the transcript. If the whole transcript is to be offered without objection, then no markings will be made. However, in that event, the proponent will also tender an abstract of the deposition.

All original exhibits (or copies marked and used as originals) will be held by the party offering same, and leave is given to withdraw same after they are admitted into evidence. The copies thereof delivered to the Court will be held by the Court until the ruling is given, and then discarded. The Court's copies will not be returned to counsel or the clerk.

**Each party must also submit the exhibits to the Court on a CD-ROM in pdf format, with each exhibit as a separate document, and with bookmarks for major divisions and for any attachments to the exhibit. Two copies of each CD-ROM must be submitted to the Court and one copy to each opponent counsel, and each shall be labeled with the name of the case and the party on whose behalf it is submitted. At trial each party will present its exhibits through use of its CD-ROM on its equipment for display on courtroom screen.**

## WITNESSES

On or before **October 2, 2014,** the parties are to exchange and file with the Clerk of Court lists of the names and all witnesses they intend to present at trial, together with a brief summary of each separate area of testimony said each such witness will present. Copies of those lists will also be delivered to the Court in chambers. All reasonably anticipated objections to testimony and all motions to limit testimony of a witness identified by an opposing party shall be filed on or before **October 6, 2014.**

## EXPERT AND RULE 701 WITNESSES

If any parties are to use expert witnesses or lay witnesses to testify under Federal Evidence Rule 701 at trial, those witnesses should be identified and their written reports and opinions, if any, shall be filed and served on the parties on or before **2:00 p.m. CST, September 22, 2014.** If no such written reports or opinions exist, then on or before that date and time, the party offering such expert(s) or Rule 701 witness(es) shall for each such witness file and serve a statement of the subject matter on which such witness shall testify, the substance of the facts and opinions to which such witness is expected to testify, and a summary of grounds for each opinion.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Five (5)** calendar days prior to the trial, each party shall file with the Court and serve on opposing parties proposed detailed Findings of Fact and Conclusions of Law. Conclusions of Law must cite authority and must at the outset state this Court's jurisdiction. A trial brief may be filed with the proposed Findings and Conclusions if desired, but the filing of such brief will not excuse the filing of draft proposed Findings and Conclusions. Any party not filing proposed Conclusions of Law or a brief may be found to have waived legal issues not thereby presented. Any party not filing proposed Findings of Fact may be found to have withdrawn any dispute as to fact findings proposed by the other side.

## OBJECTIONS

Objections to the Motion must be filed on or before **4:00 p.m. CST, September 24, 2014.** Any Response to Objections must be file on or before **4:00 p.m. CST, October 1, 2014,**

## TRIAL DATE

Trial is set for **October 6, 7, 2014, beginning at 1:30 p.m. and October 8, 2014, beginning at 10:00 a.m.** Trial will be held in courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.

Debtor will have the burden of going forward through testimony of Charles Moore and Brian Bastien with admission into evidence of their affidavits subject to their further testimony, objections as to portions of the affidavits, and cross-examination. Debtor may also offer additional evidence in support of its Motion.

## SANCTIONS FOR NON-COMPLIANCE

Failure to comply with any portion of this Order will result in appropriate sanctions under Fed. R. Civ. P. 16 (Fed. R. Bankr. P. 7016) unless non-compliance is excused for good cause.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Dated this 26th day of August 2014.