United States Bankruptcy Court
Northern District of Illinois
Eastern Division

| | |
|---|---|
| In re:<br><br>The Budd Company, Inc.<br><br>Debtor. | Case No. 14 B 11873<br><br>Chapter 11 |

## FINAL ORDER AWARDING FOURTH INTERIM FEE APPLICATION OF PROSKAUER ROSE LLP, AS COUNSEL TO DEBTOR (DKT. 1065)

Upon the Fourth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to Debtor The Budd Company, Inc. for the Period April 1, 2015 through July 31, 2015 (the "Application") pursuant to 11 U.S.C §§ 330, 331, adequate notice having been given, the court having reviewed the Application and considered the recommendations in the Fee Examiner's Report (Dkt. 1145), **it is hereby ordered:**

1. Compensation for professional services rendered for the period from April 1, 2015 through July 31, 2015 is allowed in the amount of **$1,961,011.00**;

2. Reimbursement of expenses for the period from April 1, 2015 through July 31, 2015 is allowed in the amount of **$79,049.82**;

3. Debtor is authorized and directed to pay Proskauer Rose LLP amounts allowed herein and which have not been previously paid pursuant to the interim compensation and expense reimbursement procedures approved by this court (*see* Dkt. 147) or this court's Preliminary Order Allowing Interim Compensation and Reimbursement of Expenses (Dkt. 1178).

ENTER

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this ___ day of December, 2015

DEC 28 2015

Case No. 14 B 11873
In re: The Budd Company, Inc.
Updated: 12/16/15

## CERTIFICATE OF SERVICE

I, Susana Heredia certify that on December 28, 2015, I caused to be served copies of the foregoing document to the following on the attached service list by electronic service through the Court's CM/ECF system or regular mail:

_____
Law Clerk

Case No. 14 B 11873
In re: The Budd Company, Inc.
Updated:12/16/15

## SERVICE LIST

### Electronic Service through CM/ECF System

**Counsel for Debtor**
Jeff J. Marwil; Jeremy T Stillings; Brandon Levitan; Brian Bastian; (Proskauer Rose LLP), 70 W. Madison St., Chicago, IL 60602

Mervis T Mervis; Irena M Goldstein; Erin Durba; Steven H Holinstat; (Proskauer Rose LLP), 11 Times Square, New York, NY 10036

Allison R Bach; Theodore Bruno Sylwestrzak; Adam D Grant; (Dickinson Wright PLLC), 500 Woodward Ave, Detroit, MI 48226

Daniel Deitrich Quick, (Dickerson Wright PLLC), 2600 West Big Beaver Road, Suite 3000, Troy, MI 48084-3312

**Counsel for Thyssen Krupp North America, Inc.**
Scott N. Schreiber, (Clark Hill PLC), 150 North Michigan Avenue, Suite 2700, Chicago, IL 60601

Joel D. Applebaum, (Clark Hill PLC), 151 S. Old Woodward Avenue, Suite 200, Birmingham, MI 48009

Daniel J Dulworth, (Clark Hill PLC), 500 Woodward Avenue, Suite 3500, Detroit, MI 48226

**Office of the U.S. Trustee, Region 11**
Kathryn Gleason, 219 S Dearborn St, Room 873, Chicago, IL 60604

**Counsel for International Union, UAW, United Automobile, and Agricultural Implement Workers of America**
James L Bromley; Mark S Grube; Brent M Tunis; David E Wagner; Mark A Lightner; Lawrence B Friedman; Jared M. Gerber; Lindsee P Granfield; Kathryn G Wellman; Daniel J. Soltman (Cleary Gottlieb Steen & Hamilton LLP), 1 Liberty Plaza, New York, NY 10006

**Counsel for Aerospace and Agricultural Implement Workers of America, International Union, UAW, Agricultural Implement Workers of America, United Automobile**
Scott R Clar; Brian P Welch; David K Welch; (Crane Heyman Simon Welch & Clar), 135 S Lasalle Suite 3705, Chicago, IL 60603

**Counsel for Satterlee Landfill Joint Defense Group**
Kay Kress (Pepper Hamilton LLP), 4000 Town Center, Suite 1800, Southfield, MI 48075

**Counsel for Pension Benefit Guaranty Corporation**
Marc S Pfeuffer (Pension Benefit Guaranty Corporation), 1200 K Street NW, Washington, DC 20005

**Counsel for Ad Hoc Committee of Asbestos Personal Injury Claimants**
Frances Gecker; Joseph D Frank; Reed A Heiligman (FrankGecker LLP), 325 N LaSalle Suite 625, Chicago, IL 60654

**Counsel for The Committee of Exhibits & Administrative Retirees**
Landon S Raiford; Melissa M. Root; Charles B. Sklarsky; Catherine L Steege, Esq; James Wahlman, (Jenner & Block LLP), 353 N. Clark Street, Chicago, IL 60654

Case No. 14 B 11873
In re: The Budd Company, Inc.
Updated: 12/16/15

### Counsel for Century Indemnity Company
Stephen C Ascher (Cohn Baughman & Martin), 333 West Wacker Drive, Suite 900, Chicago, IL 60137

Michael S Neumeister (O'Melveny & Meyers LLP), 400 South Hope Street, Los Angeles, CA 90071

Tancred V Schiavoni; John B McDonald (O'Melveny & Meyers LLP), 7 Times Square, New York, NY 10036

### Counsel for Fireman's Fund Insurance Company
Leslie A Davis; Tacie H Yoon; Mark D Plevin (Crowell & Moring LLP), 1001 Pennsylvania Avenue NW, Washington, DC 20004

Todd C Jacobs (Grippo & Elden LLC), 111 S. Wacker Dr., Suite 5100, Chicago, IL 60606

### Counsel for Liberty Mutual Insurance Company
Robert B Millner (Dentons US LLP), 8000 Sears Tower, Chicago, IL 60606

Stefanie Wowchuk McDonald (Dentons US LLP), 233 S. Wacker Dr., Suite 7800, Chicago, IL 60606

### Counsel for Diana G. Adams
Ryan T Schultz; Margaret M Anderson (Fox, Swibel, Levin & Carroll, LLP), 200 W. Madison, Suite 3000, Chicago, IL 60606

### Counsel for Allstate Insurance Company
Brad Berish (Adelman & Gettleman, Ltd.), 53 W Jackson Blvd Rm 1050, Chicago, IL 60604

### Counsel for First State Insurance Company and New England Reinsurance Corporation
Craig Goldblatt; Nancy L Manzer (Wilmer Cutler Pickering Hale and Dorr), 1875 Pennsylvania Avenue, NW, Washington, DC 20006

Edward B Parks II; James P Ruggeri; Julia C Zajac (Shipman & Goodwin LLP), 1875 K Street NW, Washington, DC 20006

Steve Jakubowski (Robbins, Salomon & Patt, Ltd.), 180 N. LaSalle Street, Suite 3300, Chicago, IL 60601

### Counsel for Robert P. Soulliere
Roger J. Higgins (The Law Offices of Roger Higgins, LLC), 111 East Wacker Drive, Suite 2800, Chicago, IL 60601

### Counsel for American Centennial Insurance Company, Columbia Casualty Company, Continental Insurance Company
Brigid M Leahy (David Christian Attorneys LLC), 4725 N. Western Ave., Suite 220, Chicago, IL 60625

### Counsel for Arrowood Indemnity Company, f/k/a Royal Indemnity Company
Michael McNaughton (Sedgwick LLP), One North Wacker, Suite 4200, Chicago, IL 60606

### Counsel for American Empire Surplus Lines Insurance Company
Ernesto Palomo (Locke Lord LLP), 111 S. Wacker Drive, Chicago, IL 60606

### Counsel for Arrowood Indemnity Company f/k/a Royal Indemnity Company
Robert S Gebhard (Sedgwick LLP), 333 Bush Street, San Francisco, CA 94104

Case No. 14 B 11873
In re: The Budd Company, Inc.
Updated:12/16/15

### Counsel for Certain Officers and Directors of The Budd Company, Inc. (Interested Party)
Sheryl Toby (Dykema Gossett PLLC), 39577 Woodward Ave., Suite 300, Bloomfield Hills, MI 48304

### Counsel for Folcroft Landfill PRP Group
Megan R Braden (Morgan, Lewis Bockius LLP), 77 West Wacker Drive, 5th Floor, Chicago, IL 60601

Richard W. Esterkin (Morgan, Lewis & Bockius LLP), 300 South Grand Avenue, Los Angeles, CA 90071

### Counsel for Sentry Insurance a Mutual Company
Jessica Zeratsky (von Briesen & Roper, s.c.), 411 E Wisconsin Ave,. Suite 1000, Milwaukee, WI 53202

### Counsel for Michigan Department of Environmental Quality
Celeste R. Gill (Michigan Department of Attorney General), 525 West Ottawa Street, 6th Floor, Lansing, MI 48933

### Counsel for Travelers Property and Casualty Corp.
Michael P Pompeo; Timothy R. Casey (Drinkler Biddle & Reath LLP), 500 Campus Drive, Florham Park, NJ 07932

### Counsel for Carlton Kearby, Charles Smith, Jason Peoples, Joseph Kosich, Jr., and Mary Perez
Curt F Hennecke (Brayton Purcell LLP), 222 Rush Landing Road, Novato, CA 94948

### Counsel for Martinerea International, Inc
Christopher R. Donoho, III (Hogan Lovells US LLP), 875 Third Avenue, New York, NY 10022

### Counsel for Philip Brust, Executor of Estate of Sandra Brust
Jeffrey P Blumstein; Robert E Lytle, (Szaferman, Lakind, Blumstein & Blader PC), 101 Grovers Mill Road, Lawrenceville, NJ 08648

### Counsel for Sandra Brust (Claim No. 367) and The Paul Claimants
Kevin H Morse (Arnstein & Lehr, LLP), 120 S. Riverside, Suite 1200, Chicago, IL 60606

### Counsel for Various asbestos claimants
Robert E Paul (Paul, Reich & Myers, P.C.), 1608 Walnut Street, Philadelphia, PA 19103