UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | JACK B. SCHMETTERER | Hearing Date | **February 5, 2016** |
| **Bankruptcy Case No.** | 14 B 11873 | Adversary No. | |
| **Title of Case** | In re: The Budd Company, Inc. | | |
| **Brief Statement of Motion** | Debtor's Motion to Approve Modification of UAW Retiree Benefits Pursuant to 11 U.S.C. §1114 (Docket No. 1378) | | |
| **Names and Addresses of moving counsel** | See Attached Service Certificate | | |
| **Representing** | | | |

## ORDER ON FINAL ARGUMENT

IT IS HEREBY ORDERED THAT:

All parties having rested, Final Argument will be filed using the following schedule:

1. Proposed Findings of Fact and Conclusions of Law, and Proposed Orders by Debtor/Movant and E&A Committee (jointly if possible) on or before February 16, 2016.

2. Proposed Findings of Fact and Conclusions of Law, and Proposed Orders by UAW on or before February 23, 2016.

3. Rebuttal by Debtor and E&A Committee (jointly if possible) on or before February 29, 2016.

4. Status as to these filing set March 1, 2016, at 1:30 p.m.

Enter:

Jack B. Schmetterer, U.S.B.J.