UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-11873 |
| | ) | |
| THE BUDD COMPANY, INC., | ) | Chapter: 11 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING JOINT MOTION TO ALTER
OR AMEND ORDER MODIFYING THE AUTOMATIC STAY**

THIS MATTER COMING ON TO BE HEARD upon the Joint Motion of Debtor and Asbestos Committee to Alter or Amend Order Modifying Automatic Stay [Dkt. No. 1571], and adequate notice of the relief sought herein having been given,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Order Modifying the Automatic Stay [Dkt. No. 1571] is hereby amended, and the stay imposed by Fed.R.Bankr.P. 4001(a)(3) on the Order Modifying the Automatic Stay is further extended from March 10, 2016 to April 4, 2016.

Enter: /s/ Jack B. Schmetterer

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  March 10, 2016

**Prepared by:**

Reed Heiligman (IL #6294312)
FrankGecker LLP
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654