United States Bankruptcy Court
Northern District of Illinois
Eastern Division

| In re: | Case No. 14 B 11873 |
|---|---|
| The Budd Company, Inc. | Chapter 11 |
| Debtor. | |

## ORDER CANCELLING HEARING AND CONTINUING SCHEDULED MATTERS TO NEXT OMNIBUS HEARING DATE

Upon request of all counsel, it appearing that final agreement on matters that the parties had hoped to settle has not been reached, all matters scheduled for Friday, April 22, 2016 at 1:30 p.m. are continued to **Friday, April 29, 2016 at 1:30 p.m.**

Because settlement has not been reached, the Court will resume work on matters previously put on hold and issue its opinion on Debtor's Motion to Approve Modification of UAW Retiree Benefits Pursuant to 11 U.S.C. § 1114 upon completion of that work.

In addition, a new order will be entered for parties to resume briefing on UAW's contention that their retirees are entitled to assert claims against the Estate for any reduction to their benefits pursuant to 11 U.S.C. § 1114.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this ___ day of April, 2016