# **EXHIBIT B**

# **INVOICES**

# Millstein & Co.

February 4, 2016

Millco Advisors, LP
1717 Pennsylvania Avenue NW Suite 333
Washington, D.C.  20006

**Attn:**
Brian T. Bastien
The Budd Company, Inc.
111 W. Jackson Blvd. Suite 2400
Chicago, Il 60604

**CC:**
Niraj R. Ganatra
Deputy General Counsel
International Union, UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

**Invoice #: 052317**

*Fees & Expenses*

| | |
|---|---:|
| December Advisory Fee | $ 175,000.00 |
| **TOTAL CURRENT CHARGES** | **$ 175,000.00** |
| | |
| Previous Balance | $ 970,000.00 |
| Payments | (35,000.00) |
| **TOTAL OUTSTANDING BALANCE *** | **$ 935,000.00** |
| | |
| **Holdback on Advisory Fee** | |
| December 2015 Invoice | $ (137,000.00) |
| November 2015 Invoice | (140,000.00) |
| October 2015 Invoice | (125,000.00) |
| September 2015 Invoice | (125,000.00) |
| August 2015 Invoice | (100,000.00) |
| July 2015 Invoice | (75,000.00) |
| June 2015 Invoice | (125,000.00) |
| May 2015 Invoice | (35,000.00) |
| April 2015 Invoice | (35,000.00) |
| December 2014 Invoice | (70,000.00) |
| November 2014 Invoice | (35,000.00) |
| October 2014 Invoice | (35,000.00) |
| September 2014 Invoice | (35,000.00) |
| **Less: Holdback on Advisory Fee** | **$ (1,072,000.00)** |
| | |
| **TOTAL DUE AND PAYABLE** | **$ 38,000.00** |

*Please contact Jenni Main with questions:*
*202-800-2866 or jmain@millsteinandco.com*

**\*** Please note this invoice does not include the January and February 2015 fees. Millco Advisors, LP reserves the right to include these amounts in future invoices or otherwise seek payment.

PAYMENT DUE UPON RECEIPT

**Wire Transfer Instructions:**



# Millstein & Co.

March 23, 2016

Millco Advisors, LP
1717 Pennsylvania Avenue NW Suite 333
Washington, D.C.  20006

**Attn:**
Brian T. Bastien
The Budd Company, Inc.
111 W. Jackson Blvd. Suite 2400
Chicago, Il 60604

**CC:**
Niraj R. Ganatra
Deputy General Counsel
International Union, UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

**Invoice #: 052318**

*Fees & Expenses*

| | |
|---|---:|
| January 2016 Advisory Fee | $ 175,000.00 |
| **TOTAL CURRENT CHARGES** | **$ 175,000.00** |
| | |
| Previous Balance | $ 1,110,000.00 |
| Payments | (38,000.00) |
| **TOTAL OUTSTANDING BALANCE *** | **$ 1,072,000.00** |
| | |
| **Holdback on Advisory Fee** | |
| January 2016 Invoice | $ (165,000.00) |
| December 2015 Invoice | (137,000.00) |
| November 2015 Invoice | (140,000.00) |
| October 2015 Invoice | (125,000.00) |
| September 2015 Invoice | (125,000.00) |
| August 2015 Invoice | (100,000.00) |
| July 2015 Invoice | (75,000.00) |
| June 2015 Invoice | (125,000.00) |
| May 2015 Invoice | (35,000.00) |
| April 2015 Invoice | (35,000.00) |
| December 2014 Invoice | (70,000.00) |
| November 2014 Invoice | (35,000.00) |
| October 2014 Invoice | (35,000.00) |
| September 2014 Invoice | (35,000.00) |
| **Less: Holdback on Advisory Fee** | **$ (1,237,000.00)** |
| | |
| **TOTAL DUE AND PAYABLE** | **$ 10,000.00** |

*Please contact Jenni Main with questions:*
 *202-800-2866 or jmain@millsteinandco.com*

***** Please note this invoice does not include the January and February 2015 fees. Millco Advisors, LP reserves the right to include these amounts in future invoices or otherwise seek payment.

PAYMENT DUE UPON RECEIPT

**Wire Transfer Instructions:**



# Millstein & Co.

March 30, 2016

Millco Advisors, LP
1717 Pennsylvania Avenue NW Suite 333
Washington, D.C.  20006

**Attn:**
Brian T. Bastien
The Budd Company, Inc.
111 W. Jackson Blvd. Suite 2400
Chicago, Il 60604

**CC:**
Niraj R. Ganatra
Deputy General Counsel
International Union, UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

**Invoice #: 052319**

*Fees & Expenses*

| | |
|---|---:|
| February 2016 Advisory Fee | $ 175,000.00 |
| **TOTAL CURRENT CHARGES** | **$ 175,000.00** |
| | |
| Previous Balance | $ 1,247,000.00 |
| Payments | - |
| **TOTAL OUTSTANDING BALANCE *** | **$ 1,247,000.00** |
| | |
| **Holdback on Advisory Fee** | |
| February 2016 Invoice | $ (150,000.00) |
| January 2016 Invoice | (165,000.00) |
| December 2015 Invoice | (137,000.00) |
| November 2015 Invoice | (140,000.00) |
| October 2015 Invoice | (125,000.00) |
| September 2015 Invoice | (125,000.00) |
| August 2015 Invoice | (100,000.00) |
| July 2015 Invoice | (75,000.00) |
| June 2015 Invoice | (125,000.00) |
| May 2015 Invoice | (35,000.00) |
| April 2015 Invoice | (35,000.00) |
| December 2014 Invoice | (70,000.00) |
| November 2014 Invoice | (35,000.00) |
| October 2014 Invoice | (35,000.00) |
| September 2014 Invoice | (35,000.00) |
| **Less: Holdback on Advisory Fee** | **$ (1,387,000.00)** |
| | |
| **TOTAL DUE AND PAYABLE** | **$ 35,000.00** |

*Please contact Jenni Main with questions:
 202-800-2866 or jmain@millsteinandco.com

   ***** Please note this invoice does not include the January and February 2015 fees. Millco Advisors, LP reserves the right to include these amounts in future invoices or otherwise seek payment.

PAYMENT DUE UPON RECEIPT

**Wire Transfer Instructions:**

# Millstein & Co.

May 12, 2016

Millco Advisors, LP
1717 Pennsylvania Avenue NW Suite 333
Washington, D.C.  20006

**Attn:**
Brian T. Bastien
The Budd Company, Inc.
111 W. Jackson Blvd. Suite 2400
Chicago, Il 60604

**CC:**
Niraj R. Ganatra
Deputy General Counsel
International Union, UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

**Invoice #: 052320**

*Fees & Expenses*

| | | |
|---|---:|---:|
| March 2016 Advisory Fee | $ | 175,000.00 |
| **TOTAL CURRENT CHARGES** | **$** | **175,000.00** |
| | | |
| Previous Balance | $ | 1,422,000.00 |
| Payments | | (35,000.00) |
| **TOTAL OUTSTANDING BALANCE *** | **$** | **1,387,000.00** |
| | | |
| **Holdback on Advisory Fee** | | |
| March 2016 Invoice | $ | (165,000.00) |
| February 2016 Invoice | | (150,000.00) |
| January 2016 Invoice | | (165,000.00) |
| December 2015 Invoice | | (137,000.00) |
| November 2015 Invoice | | (140,000.00) |
| October 2015 Invoice | | (125,000.00) |
| September 2015 Invoice | | (125,000.00) |
| August 2015 Invoice | | (100,000.00) |
| July 2015 Invoice | | (75,000.00) |
| June 2015 Invoice | | (125,000.00) |
| May 2015 Invoice | | (35,000.00) |
| April 2015 Invoice | | (35,000.00) |
| December 2014 Invoice | | (70,000.00) |
| November 2014 Invoice | | (35,000.00) |
| October 2014 Invoice | | (35,000.00) |
| September 2014 Invoice | | (35,000.00) |
| **Less: Holdback on Advisory Fee** | **$** | **(1,552,000.00)** |
| | | |
| **TOTAL DUE AND PAYABLE** | **$** | **10,000.00** |

*Please contact Jenni Main with questions:*
*202-800-2866 or jmain@millsteinandco.com*

**\*** Please note this invoice does not include the January and February 2015 fees. Millco Advisors, LP reserves the right to include these amounts in future invoices or otherwise seek payment.

PAYMENT DUE UPON RECEIPT

**Wire Transfer Instructions:**