IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 14-11873 |
| THE BUDD COMPANY, INC. ) | Chapter 11 |
| ) | Judge Jack B. Schmetterer |
| debtor/debtor-in-possession. ) | |

## NOTICE OF MOTION

TO:    ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 21st day of October, 2016 at 1:30 p.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Jack B. Schmetterer, U.S. Bankruptcy Judge, in the room usually occupied by him as courtroom 682 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Final Application of the law firm of Crane, Heyman, Simon, Welch & Clar for Allowance and Payment of Interim Compensation and Reimbursement of Expenses**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                      )
                                            )  Case No. 14-11873
THE BUDD COMPANY, INC.                      )  Chapter 11
                                            )  Judge Jack B. Schmetterer
    debtor/debtor-in-possession.            )

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant: <u>CRANE, HEYMAN, SIMON, WELCH & CLAR, Debtor's Counsel</u>

Authorized to Provide
Professional Services to: <u>International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW)</u>

Date of Order
Authorizing Employment:   <u>May 20, 2014</u>

Period for Which Compensation
is Sought:  From: <u>May 20, 2014</u>   through <u>August 24, 2016</u>

Amount of Fees Sought:  <u>$ 65,417.00</u>

Amount of Expense
Reimbursement Sought:  <u>$1,695.40</u>

This is a(n):  Interim Application  _   Final Application  X_
If this is not the first Application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
|  | 5/6/14 - 7/31/14 | $17,468.20 | $17,468.20 |
|  | 8/1/14 - 11/30/14 | $12,011.80 | $12,011.80 |
|  | 12/1/14 - 3/31/15 | $3,982.40 | $3,982.40 |
|  | 4/1/15 - 7/31/15 | $3,819.20 | $2,977.70 |
|  | 8/1/15 - 11/30/15 | $4,239.00 | $4,239.00 |
|  | 12/1/15 - 3/31/16 | $20,496.10 | $20,496.10 |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses herein is: $59,303.00

Date: <u>August 25, 2016</u>          Applicant:  Scott R. Clar and the firm
                                                  <u>Crane, Heyman, Simon, Welch & Clar</u>

                                      By: <u>/s/Scott R. Clar</u>
                                          Creditor's Counsel

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No. 14-11873
THE BUDD COMPANY, INC. ) Chapter 11
) Judge Jack B. Schmetterer
debtor/debtor-in-possession. )

**APPLICATION OF THE LAW FIRM OF CRANE, HEYMAN, SIMON, WELCH & CLAR, AS LOCAL COUNSEL FOR INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW) FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Now comes Scott R. Clar and the law firm of Crane, Heyman, Simon, Welch & Clar ("CHSWC"), local counsel for The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"), and for its Application pursuant to Section 330 of the Bankruptcy Code for Allowance and Payment of Final Compensation and Reimbursement of Expenses, respectfully states as follows

### JURISDICTION AND VENUE

1. The Bankruptcy Court for the Northern District of Illinois has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory basis for the relief requested herein is section 330 of title 11 of the United States Code (the "Bankruptcy Code").

### BACKGROUND

4. On March 31, 2014, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Petition Date"). The Debtor continues to manage its affairs as a debtor in possession as authorized by sections 1107(a) and 1108 of the Bankruptcy Code.

5. No trustee or examiner has been appointed in the Debtor's case.

-1-

6. The Debtor's Ninth Plan of Reorganization was confirmed on June 27, 2016, after intensive negotiation and litigation of various issues between the constituent parties of the case, including the Debtor and UAW.

7. The UAW serves as the authorized representative of UAW retirees (the "UAW Retirees") pursuant to that certain *Order Directing The Debtor To Pay The Reasonable And Necessary Expenses Of The Legal, Financial And Other Advisors Of International Union, United Automobile, Aerospace And Agricultural Implement Workers of America As The Section 1114 Authorized Representative For The UAW Retirees* [D.I. 60] (the "UAW Retiree Order") and the U.S. Trustee has appointed a retiree committee consisting of retirees not represented by the UAW (the "Non-UAW Retiree Committee") pursuant to that certain *Order Directing The Appointment Of A Retiree Committee* [D.I. 61].

8. On May 20, 2014, the law firm of CHSWC was employed as local counsel for UAW.

## RELIEF REQUESTED

9. By this Motion, CHSWC seeks the entry of an allowance of final compensation and reimbursement of expenses in the amounts of $65,417.00 and $1,695.40, respectively, for the period commencing May 20, 2014, through and including August 24, 2016, and a direction of the Debtor to pay fees and expenses allowed in excess of fees previously paid.

10. During the course of the Debtor's Chapter 11 case, CHSWC has been paid the following amounts:

| Amount Paid | Date |
|---|---|
| $8,948.00 | 7/21/14 |
| $4,213.80 | 8/15/14 |
| $2,075.60 | 9/24/14 |
| $3,017.40 | 10/27/14 |
| $2,466.00 | 10/29/14 |
| $1,952.40 | 11/18/14 |

| | |
|---|---|
| $490.00 | 12/31/14 |
| $4,394.60 | 3/11/15 |
| $3,186.40 | 4/21/15 |
| $795.90 | 6/23/15 |
| $2,977.70 | 12/8/15 |
| $4,289.00 | 6/10/16 |
| $20,496.10 | 8/12/16 |
| **Total $59,303.00** | |

11.   CHSWC provided services as local counsel to UAW, with the majority of services on behalf of UAW being provided by the law firm of Cleary Gottlieb Stein & Hamilton, LLP ("Cleary Gottlieb"), with assistance from CHSWC as local counsel, as needed.

## CHSWC BIOGRAPHICAL INFORMATION

12.   CHSWC is a law firm whose practice is almost exclusively concentrated in the fields of bankruptcy, insolvency and commercial matters. The firm is comprised of seven (7) attorneys, all of whom have significant experience and expertise in the law firm's area of concentration. The following is certain biographical information pertaining to Scott R. Clar, the member of the law firm who has rendered the majority of the services in the Debtor's Chapter 11 case.

### SCOTT R. CLAR

Scott R. Clar is a member of the law firm of Crane, Heyman, Simon, Welch & Clar, and has been a practicing attorney in the State of Illinois since 1982. He has been primarily responsible for the representation of UAW in this case. From January, 1985, through September, 1986, he was employed as a staff attorney with the United States Trustee's Office in the Northern District of Illinois, where he administered over 200 Chapter 11 cases, as well as supervised Chapter 7 panel trustees. From September 1986, through December 1987, he was employed by the law firm of Adelman & Gettleman, Ltd., where he continued

-3-

to practice in the areas of bankruptcy and insolvency related matters. In January 1988, he became associated with Dannen, Crane, Heyman & Simon, predecessor to CHSWC, and became a partner in 1994. His practice is concentrated in the field of bankruptcy, having represented Chapter 7 and Chapter 11 debtors, trustees, unsecured creditors' committees and various creditors. Mr. Clar has been a panel member and a moderator for several bar association-sponsored bankruptcy seminars. He is a member of the Federal Trial Bar. He is a former Chairman of the Chicago Bar Association Committee on Bankruptcy and Reorganization.

**BRIAN P. WELCH**

Brian P. Welch is an associate with CHSWC whose practice is primarily focused in the fields of bankruptcy, business reorganization, debtor's and creditor's rights, insolvency, and commercial litigation. He has represented a diverse group of clients including individual and corporate debtors in Chapter 11 and Chapter 7 proceedings, secured and unsecured creditors, estate representatives such as Chapter 7 and Chapter 11 trustees, plan administrators and assignees for the benefit of creditors. He has a broad range of experience in both State and Federal Courts, including representation of creditors in State Court, with respect to contract and mortgage foreclosure actions.

Prior to joining CHSWC, Mr. Welch was an associate in the Chicago Bankruptcy & Creditors' Rights and Litigation groups at Arnstein & Lehr LLP. He graduated *cum laude* from The John Marshall Law School in 2011 and received his B.A. from the University of Illinois in 2008. While in law school, he was a member of The John Marshall Law Review and served on The John Marshall Moot Court Honors Executive Board. Mr. Welch represented The John Marshall Law School in several national inter-scholastic competitions, including the Hon. Conrad B. Duberstein Bankruptcy Moot Court Competition (Spring 2011), where his team received an "Outstanding Brief" award, and the Pepperdine

University School of Law National Entertainment Law Moot Court Competition (Fall 2010), where his team was named a national quarter finalist.

Mr. Welch is admitted to practice in the United States Court of Appeals for the Seventh Circuit, the United States District Court for the Northern District of Illinois and in the State of Illinois. He is an active member of the American Bankruptcy Institute, the American Bar Association, and the Illinois State Bar Association. He has been published in various local and national publications. His articles include:

Co-Author, "Abstention: Recent Developments", Norton Annual Survey of Bankruptcy Law, Volume 2012, Issue 2012, 2012 Ann. Surv. Bankr. Law 18 (2012).

"7th Circuit Successor Liability Law as Extended by Ordonez v. Akorat", Illinois State Bar Ass'n, Commercial Banking, Collections & Bankruptcy Law, Vol. 56, No. 4 (February 2012).

Co-Author, Chapter: "The Impact of Foreclosure and Bankruptcy on Commercial Leases", Advanced Commercial Landlord-Tenant Law, National Business Institute (June 2012).

Brian P. Welch, Comment, *Unconscionable Amateurism: How the NCAA Violates Anti-Trust by Forcing Athletes to Sign Away Their Image Rights*, 44 J. Marshall L. Rev. 533 (2011).

13. The hourly rates charged by CHSWC for legal services rendered in this bankruptcy case are as follows:[1]

| Attorney | 2014 Rate | 2015 Rate | 2016 Rate |
| --- | --- | --- | --- |
| Eugene Crane ("EC") | $495.00 | $495.00 | $495.00 |
| Arthur G. Simon ("AGS") | $490.00 | $495.00 | $495.00 |
| David K. Welch ("DKW") | $490.00 | $495.00 | $495.00 |
| Scott R. Clar ("SRC") | $490.00 | $495.00 | $495.00 |
| Jeffrey C. Dan ("JCD") | $415.00 | $420.00 | $430.00 |
| Brian P. Welch ("BPW") | $295.00 | $300.00 | $310.00 |
| John H. Redfield (Of Counsel) ("JHR") | $390.00 | $395.00 | $395.00 |

---

[1] CHSWC's Application contains hourly rates pertaining to Scott R. Clar and Brian P. Welch for 2015, and in the case of Brian P. Welch, 2016, which are higher than those which were initially approved by the Court, simply because CHSWC generally raises its hourly rates on January 1 of each year. The effect of the rate increase is minimal, since Scott R. Clar's rates were raised $5.00 per hour in 2015 and Brian Welch's rate was raised by $5.00. Scott R. Clar's rates were not raised by CHSWC in 2016. Brian Welch's rate was raised by $10.00 in 2016. CHSWC submits that the rate change referenced above is reasonable, including more than being in line with market rates in the Northern District of Illinois, Eastern Division.

These hourly rates are the customary and usual rates which CHSWC charges clients on matters of this nature.

14. The total time expended by CHSWC attorneys in connection with this Chapter 11 case during the period commencing April 1, 2016, through and including August 24, 2016 is as follows:

| Attorney | 2016 Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 11.3 | $5,593.50 |
| Brian P. Welch ("BPW") | 0.8 | 228.00 |
| **Total:** | **12.1** | **$5,821.50** |

## LEGAL SERVICES RENDERED

15. The legal services rendered by CHSWC during the current period, as more fully described in Exhibits A through E are as follows:

### A. UAW - TKNA SETTLEMENT AGREEMENT

CHSWC provided services to UAW in connection with the settlement between UAW and Thyssen-Krupp NA, including review and analysis of a proposed settlement agreement and conferences with Cleary Gottlieb attorneys regarding same.

Total Time Expended:    1.5 Hours

| Attorney | 2016 Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 1.5 | $742.50 |
| **Total** | **1.5** | **$742.50** |

Attached to this Motion as Exhibit "A" is an itemization of the legal services rendered in this category.

### B. SIXTH INTERIM FEE APPLICATION AND PREPARATION OF FINAL FEE APPLICATION

CHSWC expended time in connection with preparation of the Sixth Interim Fee Application, which was approved in full, as well as this motion for final fees.

-6-

| | | |
|---|---|---|
| Total Time Expended: | 4.7   Hours | |

| Attorney | 2016 Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 4.7 | $2,326.50 |
| **Total** | **4.7** | **$2,326.50** |

Attached to this Motion as Exhibit "B" is an itemization of the legal services rendered in this category.

C. **MOTION FOR ORDER ESTABLISHING VEBA**

CHWCS provided services in connection with the establishment of a VEBA for UAW former employees, including conferences with Cleary Gottlieb attorneys and review and analysis of the motion for an order establishing VEBA.

| | | |
|---|---|---|
| Total Time Expended: | 2.5   Hours | |

| Attorney | 2016 Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 2.5 | $1,237.50 |
| **Total** | **2.5** | **$1,237.50** |

Attached to this Motion as Exhibit "C" is an itemization of the legal services rendered in this category.

D. **CONFIRMATION OF NINTH AMENDED PLAN OF REORGANIZATION**

CHSWC provided services to UAW in connection with the successful confirmation of the Ninth Amended Plan of Reorganization, including review and analysis of motion to approve evidence of insurance and other issues in connection with Confirmation.

| | | |
|---|---|---|
| Total Time Expended: | 2.6   Hours | |

| Attorney | 2016 Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 2.6 | $1,287.00 |
| **Total** | **2.6** | **$1,287.00** |

Attached to this Motion as Exhibit "D" is an itemization of the legal services rendered in this category.

-7-

E. **ADMINISTRATIVE MATTERS**

CHWCS provided consulting services to Cleary Gottlieb regarding administrative and research matters.

Total Time Expended:     .8   Hours

| Attorney | 2016 Hours | Amount |
|---|---|---|
| Brian P. Welch ("BPW") | .8 | $228.00 |
| **Total** | **.8** | **$228.00** |

Attached to this Motion as Exhibit "E" is an itemization of the legal services rendered in this category.

## EXPENSES INCURRED

16. During the course of the representation of UAW, CHSWC has incurred necessary expenses for the current period for which reimbursement is sought. The total amount of these expenses for the period commencing April 1, 2016 through and including August 24, 2016 is $115.70. Attached to this motion as Exhibit "F" is an itemization of the expenses incurred.

## CONCLUSION

17. Other than as provided in Section 504(b) of the Bankruptcy Code, CHSWC has not shared, or agreed to share, any compensation received as a result of this case with any person, firm or entity. No promises concerning compensation have been made to CHSWC by any person, firm or entity.

18. CHSWC asserts that the final compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered, based upon the time, nature, extent and value of such legal services. CHSWC further asserts that the cost of legal services rendered for and on behalf of the UAW is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

19. CHSWC asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of UAW in this Chapter 11 case.

WHEREFORE, for the foregoing reasons, Scott R. Clar, and the law firm of Crane, Heyman, Simon, Welch & Clar, local counsel for UAW, pray for the entry of an order pursuant to Section 330 of the Bankruptcy Code, as follows:

a) Allowing final compensation and reimbursement of expenses to CHSWC in the amounts of $65,417.00 and $1,695.40, respectively, for services provided and expenses incurred from the period commencing May 20, 2014 through and including August 24, 2016;

b) Authorizing and directing payment by the Debtor to CHSWC the sum of $5,937.20, representing current unpaid fees and expenses for the period April 1, 2016 through August 24, 2016, plus $1,872.20 representing fees previously allowed, but not paid; and

c) Granting such other relief as may be just and equitable.

Respectfully submitted,

CRANE, HEYMAN, SIMON, WELCH & CLAR

By: /s/Scott R. Clar
One of its attorneys

**LOCAL COUNSEL TO THE INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA:**
Scott R. Clar
(Atty. No. 06183741)
Brian P. Welch
(Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\MJO2\UAW\Pay CHSWC Final .mot and NOM.wpd

-9-