**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **THE BUDD COMPANY, INC.,** ) | |
| ) | **Case No. 14-11873** |
| Debtor. ) | |
| ) | **Honorable Jack B. Schmetterer** |
| _____/ | |

## NOTICE OF FILING OF FINAL APPLICATION OF DICKINSON WRIGHT PLLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

PLEASE TAKE NOTICE that on August 24, 2016, Dickinson Wright PLLC ("Dickinson") filed the *Final Application of Dickinson Wright PLLC for Compensation and Reimbursement of Expenses* [Docket No. 2003] ("Dickinson's Final Fee Application").

PLEASE TAKE FURTHER NOTICE that any objections to Dickinson's Final Fee Application shall be filed and served no later than **October 14, 2016**.

                                                          Respectfully submitted,

                                                          Dickinson Wright PLLC


                              By:    /s/Adam D. Grant_____
                                         One of its Attorneys

                                         Adam D. Grant
                                         Dickinson Wright PLLC
                                         500 Woodward Avenue, Suite 4000
                                         Detroit, MI  48226
                                         Telephone:  (313) 223-3149
                                         Facsimile:  (313) 223-3598

Dated: August 29, 2016

## CERTIFICATE OF FILING

     I hereby certify that I filed a copy of the foregoing notice via the Court's ECF system on August 29, 2016, which will effectuate service on all parties of record.

                                DICKINSON WRIGHT PLLC

                                By: /s/ Adam D. Grant
                                      Adam D. Grant  (ARDC #6298408)
                                Special Counsel to Debtor The Budd Company, Inc.
                                500 Woodward Avenue, Suite 4000
                                Detroit, Michigan  48226
Dated:  August 29, 2016              (313) 223-3500

DETROIT 28416-2 1399930v1