HEARING DATE: October 21, 2016 at 1:30 p.m. (Central Time)
OBJECTION DEADLINE: October 14, 2016 at 4:00 p.m. (Central Time)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE BUDD COMPANY, INC., | ) | Case No. 14-11873 (JBS) |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |

**NOTICE OF HEARING ON FINAL APPLICATION OF
LEGAL ANALYSIS SYSTEMS, INC FOR FINAL ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AS ASBESTOS
LIABILITIES CONSULTANT TO THE COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS FOR
THE PERIOD FROM AUGUST 1, 2014 THROUGH MARCH 31, 2016**

PLEASE TAKE NOTICE that on **October 21, 2016, at 1:30 p.m. (Central Time)**, or as soon thereafter as counsel may be heard, a hearing on the **Final Application of Legal Analysis Systems, Inc. for Final Allowance of Compensation for Services Rendered as Asbestos Liabilities Consultant to the Committee of Asbestos Personal Injury Claimants for the Period from August 1, 2014 Through March 31, 2016** will be held before the Honorable Jack B. Schmetterer, United States Bankruptcy Judge, in Room 682 of the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court"), 219 South Dearborn Street, Chicago, Illinois 60604, or whoever may be sitting in his place and stead.

**PLEASE TAKE FURTHER NOTICE** that objections (the "Objections") to the Application must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Northern District of Illinois, and must be filed on or before **October 14, 2016 at 4:00 p.m. (Central Time)** and served upon the undersigned counsel to the

Asbestos Committee and the Office of the United States Trustee for the Northern District of Illinois, 219 South Dearborn Street, Suite 873, Chicago, Illinois 60604, Attn: Patrick S. Layng, United States Trustee.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in this case are available free of charge by visiting the case website maintained by Epiq Bankruptcy Solutions, LLC, notice and claims agent for this chapter 11 case, at http://dm.epiq11.com/Budd, or by calling (646) 282-2400. You may also obtain a copy of any pleading by visiting the Bankruptcy Court's website at http://www.ilnb.uscourts.gov in accordance with the procedures and subject to the fees applicable thereto.

Dated: August 29, 2016

Respectfully submitted,

COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS

By: _/s/ Joseph D. Frank_
      One of its attorneys

Joseph D. Frank (IL Bar No. 6216085)
Reed Heiligman (IL Bar No. 6294312)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Telephone: (312) 276-1400
Facsimile: (312) 276-0035
jfrank@fgllp.com
rheiligman@fgllp.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE BUDD COMPANY, INC., | ) | Case No. 14-11873 |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |

**SUMMARY SHEET PURSUANT TO UNITED STATES TRUSTEE GUIDELINES
FOR REVIEWING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES FILED UNDER 11 U.S.C. § 330 FINAL APPLICATION OF
LEGAL ANALYSIS SYSTEMS, INC FOR FINAL ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AS ASBESTOS LIABILITIES
CONSULTANT TO THE COMMITTEE OF ASBESTOS PERSONAL INJURY
<u>CLAIMANTS FOR THE PERIOD FROM AUGUST 1, 2014 THROUGH MARCH 31, 2016</u>**

| | |
|---|---|
| Name of Applicant | Legal Analysis Systems, Inc. |
| Final Period for Which Compensation and Reimbursement is Sought in this Application: | August 1, 2014 through March 31, 2016 |
| Total Final Compensation Sought: | $50,436.00 |
| Total Final Expenses Sought: | $0.00 |
| Authorized to Provide Professional Services to: | Asbestos Liabilities Consultant to The Committee of Asbestos Personal Injury Claimants |
| Date of Retention: | August 1, 2014 |
| Total Compensation approved by interim order to date: | $50,436.00 |
| Total Expenses approved by interim order to date: | $0.00 |
| Compensation sought in this Application already paid pursuant to monthly compensation orders and allowed: | $50,436.00 |

{BUDDCO/001/00047157.DOC/}

| | |
|---|---|
| Expenses sought in this Application already paid pursuant to monthly orders and allowed: | $0.00 |
| Petition Date: | March 31, 2014 |
| Date of Order Approving Retention: | October 17, 2014 Effective as of August 1, 2014 |
| Blended Rate for All Timekeepers: | $670.00 |
| If applicable, number of professionals in this application not included in staffing plan approved by client | N/A |
| Are any rates higher than those approved or disclosed at retention? If so, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application. | No |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE BUDD COMPANY, INC., | ) | Case No. 14-11873 (JBS) |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |

**FINAL APPLICATION OF LEGAL ANALYSIS SYSTEMS, INC.
FOR FINAL ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AS ASBESTOS LIABILITIES CONSULTANT TO THE
COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS FOR
THE PERIOD FROM AUGUST 1, 2014 THROUGH MARCH 31, 2016**

Pursuant to 11 U.S.C. §§ 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Legal Analysis Systems, Inc. ("LAS") hereby moves this Court for an order awarding it final allowance of compensation for professional services rendered as asbestos liabilities consultant to the Committee of Asbestos Personal Injury Claimants (the "Asbestos Committee") during the period of August 1, 2014 through March 31, 2016 (the "Final Fee Period") in the amount of $50,436.00. In support of its Application, LAS respectfully states as follows:

**JURISDICTION AND VENUE**

1.     The United States Bankruptcy Court for the Northern District of Illinois (the "Court") has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper under 28 U.S.C. §§ 1408 and 1409.

## **RELEVANT BACKGROUND**

2. On March 31, 2014 (the "Petition Date"), The Budd Company, Inc. (the "Debtor") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor was managing its affairs as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On June 27, 2016, the Bankruptcy Court entered the Order Confirming Ninth Amended Chapter 11 Plan for The Budd Company, Inc. Dated May 4, 2016 (the "Plan") and the Plan became effective on August 1, 2016.

3. No trustee or examiner, other than the Independent Fee Examiner, has been appointed in the Debtor's case.

4. On July 7, 2014, this Court entered an Order Directing the United States Trustee to Appoint an Official Committee of Asbestos Personal Injury Claimants [Dkt. No. 290], and on July 30, 2014, the United States Trustee filed a Notice of Appointment of the Asbestos Claimants Committee (the "Asbestos Committee") [Dkt. No. 364], which appointed five individuals to the Asbestos Committee.

5. On September 29, 2014, the Asbestos Committee filed an application to retain LAS as its asbestos liabilities consultant (the "Retention Application") [Dkt. No. 515]. The Retention Application set forth the terms and conditions of LAS's employment and compensation and the source of compensation.

6. On October 17, 2014, this Court entered the Order Authorizing the Employment and Retention of Legal Analysis Systems, Inc. as Asbestos Liabilities Consultant for the Committee of Asbestos Personal Injury Claimants Pursuant to 11 U.S.C. § 1103(a), Effective as of August 1, 2014 (the "Retention Order") [Dkt. No. 617].

7. At all relevant times, LAS has been a disinterested person as that term is defined in section 101(14) under title 11 of the Bankruptcy Code.

8. All services for which compensation is requested by LAS were performed for on behalf of the Asbestos Committee.

9. LAS has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these cases. There is no agreement or understanding between LAS and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these cases.

## SUMMARY OF SERVICES RENDERED

10. LAS acted as asbestos liabilities consultant to the Committee of Asbestos Personal Injury Claimants. LAS did not render any services to the Asbestos Committee after March 31, 2016. Details of the services rendered by LAS may be found in LAS's previously filed interim applications. Accordingly, all of LAS's compensation has been previously allowed on an interim basis, by previous orders of this Court. [Dkt. Nos. 1189, 1750, 1951.]

## VALUATION OF SERVICES

11. The nature of the work performed by LAS is fully set forth in its previously filed interim applications. The hourly rates set forth therein are LAS's normal hourly rates for work of this character. The reasonable value of the services rendered by LAS as asbestos liabilities consultant to the Committee of Asbestos Personal Injury Claimants during the Final Fee Period is $50,436.00, all of which has been previously allowed on an interim basis, and paid by the Debtor.

12. LAS has reviewed the local rules of this Court and believes that the time entries included in its previously filed monthly applications are in compliance with the requirements thereof.

### APPROVAL OF THE INTERIM FEE ORDERS AS FINAL

13. On November 5, 2015, this Court entered an Order approving the First Interim Fee Application of LAS in the amount of $15,704.00 [Docket No. 1189].

14. On April 7, 2016, this Court entered an Order approving the Second Interim Fee Application of LAS in the amount of $23,372.00 [Docket No. 1750].

15. On July 25, 2016, this Court entered an Order approving the Third Interim Fee Application of LAS in the amount of $11,360.00 [Docket No. 1951].

16. Pursuant to the Interim Compensation Order [Dkt. No. 147], LAS ultimately received payment in full of the interim compensation allowed to LAS in this Court's orders on LAS' First through Third Interim Fee Applications (the "Interim Fee Orders"). LAS now seeks allowance, on a final basis, of all compensation previously awarded in the Interim Fee Orders.

17. Section 331 of the Bankruptcy Code provides for compensation of professionals and incorporates the substantive standards of section 330 to govern the Court's award of such compensation. 11 U.S.C. §§ 330 and 331. Section 330 provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." § 330(a)(1).

18. The services rendered by LAS were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. Accordingly, approval of the compensation sought herein is warranted.

**WHEREFORE**, Legal Analysis Systems, Inc. respectfully requests that final allowance be made to it in the sum of $50,436.00 as compensation for necessary professional services rendered to the Committee Asbestos Personal Injury Claimants during the Final Fee Period, and requests such other and further relief as this Court deems just and proper.

Dated: August 29, 2016

Respectfully submitted,

LEGAL ANALYSIS SYSTEMS, INC.

By: _____
Mark A. Peterson
Dan Relles
LEGAL ANALYSIS SYSTEMS, INC.
970 Calle Arroyo
Thousand Oaks, California 91360
mark.peterson56@verizon.net
Telephone: (805) 499-3572
Facsimile: (805) 499-7126

*Valuation Consultant to the Official Committee of Asbestos Personal Injury Claimants*

## **CERTIFICATE OF SERVICE**

I, Joseph D. Frank, an attorney, hereby certify that on **August 29, 2016**, a true and correct copy of the **Final Application of Legal Analysis Systems, Inc. for Final Allowance of Compensation for Services Rendered as Asbestos Liabilities Consultant to the Committee of Asbestos Personal Injury Claimants for the Period from August 1, 2014 Through March 31, 2016** was filed electronically. Notice of the filing will be sent to all parties who are currently on the attached Court's Electronic Mail Notice List by operation of the Court's Electronic Filing System. A copy also was served by first class United States mail, postage prepaid, upon the parties on the attached Master Service List.

/s/ Joseph D. Frank

# Mailing Information for Case 14-11873

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Margaret M Anderson    panderson@foxswibel.com, cjelks@foxswibel.com;bkdocket@foxswibel.com
- Joel D. Applebaum    japplebaum@clarkhill.com
- Stephen C Ascher    stephen.ascher@mclolaw.com
- Brad Berish    bberish@ag-ltd.com, dbaird@ag-ltd.com
- Megan R Braden    mbraden@morganlewis.com
- James L Bromley    jbromley@cgsh.com, maofiling@cgsh.com
- Katharine Byrne    kbyrne@cooneyconway.com
- Timothy R Casey    timothy.casey@dbr.com, andrew.groesch@dbr.com
- Scott R Clar    sclar@craneheyman.com, mjoberhausen@craneheyman.com;asimon@craneheyman.com
- Daniel J Dulworth    ddulworth@clarkhill.com
- Richard W Esterkin    resterkin@morganlewis.com, vrader@morganlewis.com
- Joseph D Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com;mmatlock@fgllp.com
- Lawrence B Friedman    lfriedman@cgsh.com, maofiling@cgsh.com
- Gregory M Gartland    ggartland@winston.com
- Robert S Gebhard    robert.gebhard@sedgwicklaw.com
- Frances Gecker    fgecker@fgllp.com, csmith@fgllp.com
- Jared M Gerber    jgerber@cgsh.com, maofiling@cgsh.com
- Celeste R Gill    gillc1@michigan.gov, wilcoxk3@michigan.gov
- Kathryn Gleason    USTPRegion11.es.ecf@usdoj.gov, Kathryn.M.Gleason@usdoj.gov
- Lindsee P Granfield    lgranfield@cgsh.com, maofiling@cgsh.com
- Adam D Grant    agrant@dickinsonwright.com
- Scott D Heffron    scott.heffron@usdoj.gov
- Reed A Heiligman    rheiligman@fgllp.com, ccarpenter@fgllp.com;mmatlock@fgllp.com
- Curt F Hennecke    chennecke@braytonlaw.com
- Roger J. Higgins    rhiggins@rogerhigginslaw.com
- Todd C Jacobs    docket@shb.com, tjacobs@shb.com
- Steve Jakubowski    sjakubowski@rsplaw.com
- Kay Kress    kressk@pepperlaw.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Brigid M Leahy    bleahy@davidchristianattorneys.com, mbloch@davidchristianattorneys.com
- Brandon Levitan    blevitan@proskauer.com, npetrov@proskauer.com;mbienenstock@proskauer.com;jliu@proskauer.com;pabelson@proskauer.com;GRAICHT@proskauer.com;vindelicato@proskauer.com;ebarak@proskauer.com;mzerjal@proskauer.com;ctheodoridis@proskauer.com

- Mark A Lightner     mlightner@cgsh.com, maofiling@cgsh.com,Team-BuddUAW-CGSHOnly@cgsh.com
- Jeff J Marwil     jmarwil@proskauer.com, mzerjal@proskauer.com;ctheodoridis@proskauer.com;sma@proskauer.com
- Robert B Millner     robert.millner@dentons.com, ndil_ecf@dentons.com
- Kevin H Morse     khmorse@arnstein.com
- Ernesto Palomo     epalomo@lockelord.com
- Ronald W Payne     ron.payne@lewisbrisbois.com, frank.brennan@lewisbrisbois.com
- Marc S Pfeuffer     pfeuffer.marc@pbgc.gov, efile@pbgc.gov
- Mark L Radtke     mradtke@shawfishman.com, mzavala@shawfishman.com
- Landon S Raiford     lraiford@jenner.com, mmatlock@jenner.com
- Peter J Roberts     proberts@shawfishman.com
- Melissa M. Root     mroot@jenner.com
- Marc E Rosenthal     mrosenthal@proskauer.com
- Scott N. Schreiber     sschreiber@clarkhill.com, tbraun@clarkhill.com;pkelly@clarkhill.com
- Ryan T Schultz     rschultz@fslc.com, bkdocket@fslc.com
- Catherine L Steege     csteege@jenner.com, docketing@jenner.com
- Jeremy T Stillings     jstillings@proskauer.com
- Sheryl Toby     stoby@dykema.com
- Steven B Towbin     stowbin@shawfishman.com
- Jeramy D Webb     jwebb@proskauer.com
- Brian P Welch     bwelch@craneheyman.com, gbalderas@craneheyman.com
- David K Welch     dwelch@craneheyman.com, gbalderas@craneheyman.com;jdan@craneheyman.com
- Stefanie Wowchuk McDonald     stefanie.mcdonald@dentons.com, NDIL_ECF@dentons.com
- Tacie H Yoon     , mplevin@crowell.com
- Jessica Zeratsky     jzeratsk@vonbriesen.com

## MASTER SERVICE LIST (as of August 18, 2016)

Adelman & Gettleman Ltd.
(counsel to Allstate Ins. Co., solely as
Successor-in-Interest to Northbrook Excess
Surplus Ins. Co.)
Attn: Brad A. Berish
53 West Jackson Street, Suite 1050
Chicago, IL 60604

Clark Hill PLC
(counsel to Thyssenkrupp North America, Inc.)
Attn: Scott N. Schreiber
150 North Michigan Avenue, Suite 2700
Chicago, IL 60601

Clark Hill PLC
(counsel to Thyssenkrupp North America, Inc.)
Attn: Joel D. Applebaum
151 South Old Woodward Avenue, Suite 200
Birmingham, MI 48009

Clark Hill PLC
(counsel to Thyssenkrupp North America, Inc.)
Attn: Daniel J. Dulworth
500 Woodward Avenue, Suite 500
Detroit, MI 48226

Cleary Gottlieb Steen & Hamilton LLP
(counsel to International Union, UAW)
Attn: Mark Lightner
One Liberty Plaza
New York, NY 10006

Cohn Baughman & Martin
(counsel to Century Indemnity Company)
Attn: Stephen C. Ascher
333 West Wacker Drive, Suite 900
Chicago, IL 60606

Crane, Heyman, Simon, Welch & Clar
(counsel for Int'l Union, United Auto,
Aerospace and Agriculture Implement Workers
of America)
Attn: Scott R. Clar, Brian P. Welch,
David K. Welch
135 South LaSalle Street, Suite 3705
Chicago, IL 60603

Crowell & Moring LLP
(Counsel to Fireman's Fund Insurance
Company)
Attn: Leslie A. Davis. Tacie H. Yoon
1001 Pensylvania Avenue, N.W.
Washington, DC 20004

Crowell & Moring LLP
(Counsel to Fireman's Fund Insurance
Company)
Attn: Mark D. Plevin
275 Battery Street, 23rd Floor
San Francisco, CA 94111

Daniel M. Siemion
913 Crest Street
Mount Clemens, MI 48043-6400

David Christian Attorneys LLC
(counsel to Continental Ins. Co., Columbia
Casualty Co. and American Centennial Ins. Co.)
Attn: David Christian
3515 West 75th Street, Suite 208
Prairie Village, KS 66208

Delaware County Solid Waste Authority
1521 North Providence Road
Rose Tree Park
Hunt Club Building
Media, PA 19063

Delaware Department of Justice
Attn: Robert S. Kuehl, Deputy Attorney General
Carvel State Building
820 French Street
Wilmington, DE 19901

Dentons US LLP
(Counsel to Liberty Mutual Insurance Company)
Attn: Robert B. Millner
Attn: Stefanie Wowchuk Mcdonald
233 South Wacker Drive, Suite 7800
Chicago, IL 60606

Department of Natural Resources and
Environmental Control
Attn: Collin O'Mara, Secretary
Richardson & Robbins Building
89 Kings Highway
Dover, DE  19901

Department of Natural Resources and
Environmental Control
Attn: Timothy Rastep
Environmental Program Administrator
Site Investigation and Restoration Section
89 King Highway
Dover, DE  19901

Dickinson Wright PLLC
(special counsel to Debtor)
Attn:  Adam D. Grant
500 Woodward Avenue, Suite 4000
Detroit, MI  48226

Dykema Gossett PLLC
(counsel for certain officers and directors
of The Budd Company, Inc.)
Attn:  Sheryl L. Toby
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI  48304

Environmental Natural Resources/
Agriculture Division
Attn: Celeste R. Gill, Assistant Attorney General
6th Floor, G
Mennen Williams Building
525 West Ottawa Street
Lansing, MI  48933

Georgia Department of Natural Resources
Georgia Environmental Protection Division
2 Martin Luther King Jr. Drive
Suite 1456 East Tower
Atlanta, GA 30334

Grippo & Elden LLC
(counsel to Fireman's Fund Insurance Company)
Attn:  Todd C. Jacobs
111 South Wacker Drive, Suite 5100
Chicago, IL  60606

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Jenner & Block LLP
(counsel to the Committee of Executive &
Administrative Retirees)
Attn: Melissa Root, Catherine Steege, Charles B.
Sklarsky, Landon S. Raiford and Joel T. Pelz
353 North Clark Street
Chicago, IL 60654

Locke Lord LLP
(counsel to American Empire Surplus Lines Ins.
Co.)
Attn:  Ernesto R. Palomo
111 South Wacker Drive
Chicago, Illinois  60606

Michigan Department of Natural Resources
Executive Division
P.O. Box 30028
Lansing, MI  48909

Michigan Department of Natural Resources and
Environment
Remediation and Redevelopment Division
Attn:  Brian Monroe, Chief
Constitution Hall, South 4th Floor
525 West Allegan Street
Lansing, MI  48933

Ministry of the Environment
Attn: Glen Murray, Minister of the Environment
Public Information Center
2nd Floor, Macdonald Block
900 Bay Street
Toronto, ON M7A 1N3
CANADA

Morgan, Lewis & Bockius LLP
(counsel to the Folcroft Landfill PRP Group)
Attn:  Megan R. Braden
77 West Wacker Drive, Suite 500
Chicago, IL  60601

New York State Department of Environmental
Conservation
Attn: Ed McTiernan, General Counsel
Office of General Counsel
625 Broadway, 14th Floor
Albany, NY  12233-1500

{BUDDCO/001/00046407.DOC/2}

New Castle County
Attn: Bernard Pepukayi, County Attorney
Attn: Thomas P. Gordon, County Executive
New Castle County Government Center
87 Reads Way
New Castle, DE 19720

Office of the Secretary to the Governor
Attn: Basil Seggos, Deputy Secretary for the Environment
State Capital
Albany, NY 12224

Office of the United States Trustee
Attn: Patrick S. Layng
219 South Dearborn Street, Room 873
Chicago, IL 60604

Pennsylvania Department of Environmental Protection
Southwest Regional Office
Attn: Stephen Sinding
Attn: Andrew Hartzell
2 East Main Street
Norristown, PA 19401-4915

Pension Benefit Guarantee Corporation
Attn: Marc S. Pfeuffer, U.S. Government Attorney
1200 K Street, N.W.
Washington, D.C. 20005

Pepper Hamilton LLP
(counsel to Satterlee Landfill Joint Defense Group)
Attn: Kay Standridge Kress
4000 Town Center, Suite 1800
Southfield, MI 48075-1505

Proskauer Rose LLP
(counsel to The Budd Company, Inc.)
Attn: Jeff J. Marwil, Jeremy T. Stillings.
Jeremy D. Webb
70 West Madison Street, Suite 3800
Chicago, IL 60602-4342

Robbins Salomon & Patt, Ltd.
(counsel to First State Ins. Co.,
New England Ins. Co.
and New England Reinsurance Co.)
Attn: Steve Jakubowski
180 North LaSalle Street, Suite 3300
Chicago, IL 60601

Sedgwick LLP
(counsel to Arrowood Indemnity Company
f/k/a Royal Indemnity Company)
Attn: Michael J. McNaughton
One North Wacker Drive, Suite 4200
Chicago, IL 60606-2841

Sedgwick LLP
(counsel to Arrowood Indemnity Company as Successor in Interest to All Predecessor Corporations)
Attn: Robert S. Gebhard
333 Bush Street, 30th Floor
San Francisco, CA 94104

Shaw Fishman Glantz & Towbin LLC
(counsel to KPS Capital Partners, LP)
Attn: Mark L. Radtke, Peter J. Roberts, Steven B. Towbin
321 North Clark Street, Suite 800
Chicago, Illinois 60654

US Department of Justice – ENRD
Environmental Enforcement Section
Attn: John W. Sither, Senior Attorney
P.O. Box 7611
Washington, DC 20044-7611

US EPA Region II
Attn: Doug Fisher, Regional Counsel
Office of Regional Counsel
290 Broadway, 17th Floor
New York, NY 10007-1866

US EPA Region III
Attn: Ami Y. Antoine, Sr, Asst. Regional Counsel
1650 Arch Street
Philadelphia, PA 19103

US EPA Region III
Attn: Marcia Mulkey, Regional Counsel
Attn: Shawn M. Garvin, Regional Administrator
1650 Arch Street
Philadelphia, PA 19103-2029

US EPA Region III
Attn: Tim Gallagher, Remedial Project Manager
Attn: Josh Barber, Remedial Project Manager
1650 Arch Street, 6th Floor
Philadelphia, PA 19103

US EPA Region IV
Sam Nunn Atlanta Federal Center
61 Forsyth Street, SW
Atlanta, GA 30303

West Caln Township
Attn: Township Manager
Route 340
Wagontown, PA 19376