## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE BUDD COMPANY, INC., | ) | Case No. 14-11873 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

## NOTICE OF HEARING ON THE THIRD AND FINAL FEE APPLICATION OF THE COMMITTEE OF EXECUTIVE & ADMINISTRATIVE RETIREES FOR REIMBURSEMENT OF EXPENSES INCURRED BY INDIVIDUAL COMMITTEE MEMBERS FOR THE PERIOD FROM AUGUST 1, 2015 THROUGH AUGUST 31, 2016

PLEASE TAKE NOTICE that on **Friday, October 21, 2016 at 1:30 p.m. CT**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Jack B. Schmetterer, United States Bankruptcy Judge, in Room 682 of the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court"), 219 South Dearborn Street, Chicago, IL 60604, or any other Judge who may be sitting in his place and stead, and then and there present for hearing the *Third and Final Fee Application of the Committee of Executive & Administrative Retirees for Reimbursement of Expenses Incurred by Individual Committee Members for the Period August 1, 2015 through August 31, 2016* (the "Application"), a copy of which was served upon you on August 29, 2016 via the Court's ECF system and alternatively by first class mail or electronic mail.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application must be in writing and filed with the Bankruptcy Court and served on undersigned counsel to the Retiree Committee and the office of the United States Trustee no later than October 14, 2016 at 4:00 p.m. (Central Time).

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in this case are available free of charge by visiting the case website maintained by Epiq Bankruptcy Solutions, LLC, notice and claims agent for this chapter 11 case, at http://dm.epiq11.com/Budd or by calling (646) 282-2400. You also may obtain copies of any pleadings by visiting the Court's website at www.ilnb.uscourts.gov in accordance with the procedures and subject to the fees applicable thereto.

Dated: August 29, 2016

Respectfully submitted,

JENNER & BLOCK LLP

/s/ *Catherine L. Steege*

Catherine Steege (06183529)
Melissa M. Root (62882466)
Landon S. Raiford (6297473)
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (847) 583-1618
Facsimile: (847) 583-1719

Counsel to the Retiree Committee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THE BUDD COMPANY, INC., | ) Case No. 14-11873 |
| | ) |
| Debtor. | ) Hon. Jack B. Schmetterer |
| | ) |

**THIRD AND FINAL APPLICATION OF THE
COMMITTEE OF EXECUTIVE & ADMINISTRATIVE RETIREES FOR
REIMBURSEMENT OF EXPENSES INCURRED BY INDIVIDUAL COMMITTEE
MEMBERS FOR THE PERIOD AUGUST 1, 2015 THROUGH AUGUST 29, 2016**

| | |
|---|---|
| Name of Committee Members Seeking Reimbursement: | Jacqueline Delowery<br><br>Thomas Whomsley |
| Period for which Expenses are Due: | August 1, 2015 through August 29, 2016 |
| Expenses Incurred: | $778.32 |
| Expenses Paid By Interim Order to Date: | $778.32 |
| Total Expenses Incurred and Approved by First and Second Applications | $3,969.23 |

The Committee of Executive & Administrative Retirees (the "Retiree Committee") submits this Third And Final Application (the "Application") for reimbursement of expenses incurred by Retiree Committee members Jacqueline Delowery and Thomas Whomsley (collectively, the "Members") for the period August 1, 2015 through August 29, 2016 (the "Application Period") in connection with the above captioned chapter 11 case (the "Chapter 11 Case") and respectfully submits:

1.  On March 31, 2014 (the "Petition Date"), the Debtor filed the Chapter 11 Case.

2.    On April 14, 2014, this Court entered an Order Directing the Appointment of a Retirees' Committee (Dkt. No. 61), and on April 30, 2014, the United States Trustee filed a Notice of Appointment of Committee of Executive and Administrative Retirees (Dkt. No. 113).

3.    On May 9, 2014, this Court entered the Order Establishing Professional Interim Compensation Procedures (the "Interim Compensation Order"). (Dkt. No. 147.) The Interim Compensation Order, among other things, provides for the reimbursement of expenses incurred by the individual members of an appointed committee such as the Retiree Committee.

4.    On September 16, 2014, the Retiree Committee filed the First Application of the Committee of Executive & Administrative Retirees for Reimbursement of Expenses Incurred by Individual Committee Members for the Period April 14, 2014 through July 31, 2014 (the "First Application"). (Dkt. No. 483.) On October 17, 2015, this Court entered an Order granting the First Application and awarding expenses in the amount of $1,463.09. (Dkt. No. 607.)

5.    On September 3, 2015, the Retiree Committee filed the Second Application of the Committee of Executive & Administrative Retirees for Reimbursement of Expenses Incurred by Individual Committee Members for the Period August 1, 2014 through July 31, 2015 (the "Second Application") (Dkt. No. 1053.) On November 3, 2016, this Court entered an Order granting the Second Application and awarding expenses in the amount of $2,506.12. (Dkt. No. 1194.)

**Jurisdiction and Venue**

6.    This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory basis for the relief sought herein is 11 U.S.C. § 503(b)(3)(F).

**Relief Requested**

7.  By this Application, the Retiree Committee requests entry of an order directing the Debtor to reimburse the expenses of the Members incurred during the Application Period, as set forth below, as administrative expenses of the Debtor.

8.  Collectively, the Members request reimbursement of expenses in the amount of $778.32. The members incurred these expenses in connection with their attendance at Retiree Committee meetings on December 1, 2015, April 4, 2016, June 28, 2016, and July 27, 2016, as shown in the below chart:

| Committee member | 12/01/15 meeting | 4/4/16 meeting | 6/28/16 meeting | 7/27/16 meeting |
|---|---|---|---|---|
| Jacqueline Delowery 202 Night Hawk Circle Thorofare, NJ 08086 | $129.37 | n/a | $33.24 | $196.43 |
| Thomas Whomsley 525 Delp Road Souderton, PA 18964 | $103.72 | $149.68 | $44.80 | $121.08 |

9.  The supporting receipts for the Members' expenses are attached hereto as Exhibits A (Ms. Delowery's expenses) and Exhibit B (Mr. Whomsley's expenses)

10. The expenses were incurred by the Members in connection with their duties as members of Retiree Committee. At each of the meetings, the Retiree Committee's lawyers and advisors presented to the Retiree Committee and requested the Members' input and directions on a number of strategic matters.

3

11. None of the expenses for which reimbursement is requested are duplicative of any expenses requested or awarded in the First or Second Application.

12. Accordingly, the Members' expenses in the amount of $778.32 should be paid as administrative expenses of the Debtor's estate under section 503(b)(3)(F) of the Bankruptcy Code by the Debtor.

WHEREFORE, the Retiree Committee respectfully requests that the Court allow the expenses incurred by the Members, as reflected in Exhibit A and B attached hereto, be reimbursed by the Debtor in the amount of $778.32.

Dated:   August 29, 2016               Respectfully submitted,

                                       JENNER & BLOCK LLP


                                       */s/ Catherine L. Steege*
                                       Catherine Steege (06183529)
                                       Melissa M. Root (62882466)
                                       Landon S. Raiford (6297473)
                                       353 North Clark Street
                                       Chicago, Illinois 60654-3456
                                       Telephone: (312) 222-9350
                                       Facsimile: (312) 527-0484


                                       *Counsel to the Retiree Committee*