# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE BUDD COMPANY, INC., | ) | Case No. 14-11873 |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |

## NOTICE OF (I) SUPPLEMENT TO THE SEVENTH INTERIM AND FINAL FEE APPLICATION OF MILLCO ADVISORS, LP, FINANCIAL ADVISOR TO THE UAW AND (II) REVISED PROPOSED ORDER TO THE SEVENTH INTERIM AND FINAL FEE APPLICATION OF MILLCO ADVISORS, LP, FINANCIAL ADVISOR TO THE UAW

**PLEASE TAKE NOTICE** that on September 26, 2016, Millco Advisors, LP ("Millstein & Co.") filed that certain *Supplement To The Seventh Interim And Final Fee Application Of Millco Advisors, LP, Financial Advisor To The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) As Section 1114 Authorized Representative, For The Period Of April 30, 2014 Through August 1, 2016* (the "Millstein & Co. Fee Supplement").

**PLEASE TAKE FURTHER NOTICE** that on September 26, 2016, Millstein & Co. also filed that certain Revised Proposed Order to that certain *Seventh Interim And Final Fee Application Of Millco Advisors, LP, Financial Advisor To The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) As Section 1114 Authorized Representative, For The Period Of April 30, 2014 Through August 1, 2016* [D.I. 2006], which is attached as Exhibit B to the Millstein & Co. Fee Supplement.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in this case are available free of charge by visiting the case website maintained by Epiq Bankruptcy Solutions, LLC, notice and claims agent for this chapter 11 case, at http://dm.epiq11.com/Budd or by calling (646) 282-2400. You also may obtain copies of any pleadings by visiting the Court's website at www.ilnb.uscourts.gov in accordance with the procedures and subject to the fees applicable thereto.

Dated:  September 26, 2016

Respectfully submitted,

*International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW)*

By:  */s/  James L. Bromley*
                One of its attorneys

James L. Bromley (admitted *pro hac vice*)
Daniel J. Soltman (admitted *pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
jbromley@cgsh.com
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

-and-

Scott R. Clar
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle Street, Suite 3705
Chicago, Illinois 60603
sclar@craneheyman.com
(312) 641-6777

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE BUDD COMPANY, INC., | ) | Case No. 14-11873 |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |

**SUPPLEMENT TO THE SEVENTH INTERIM AND FINAL FEE**
**APPLICATION OF MILLCO ADVISORS, LP, FINANCIAL ADVISOR TO**
**THE INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE**
**AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA**
**(UAW) AS SECTION 1114 AUTHORIZED REPRESENTATIVE,**
**FOR THE PERIOD OF APRIL 30, 2014 THROUGH AUGUST 1, 2016**

Millco Advisors, LP ("Millstein & Co."), pursuant to discussions with Ms. Diana Adams, the official fee examiner appointed in the Debtor's chapter 11 case pursuant to that certain *Stipulation and Agreed Order With Respect To Appointment Of An Independent Fee Examiner* [D.I. 346] (the "Fee Examiner"), respectfully submits this Supplement to its Seventh Interim And Final Fee Application Of Millco Advisors, LP, Financial Advisor To The International Union, United Automobile, Aerospace And Agricultural Implement Workers Of America (UAW) As Section 1114 Authorized Representative, For The Period Of April 30, 2014 Through August 1, 2016 [D.I. 2006] (the "Final Fee Application") to (i) clarify certain information contained in its Final Fee Application and (ii) provide the Court with a revised proposed order.

On August 29, 2016, Millstein & Co. filed the Final Fee Application. Following the filing, the Fee Examiner discussed the Final Fee Application with Millstein & Co. In the course of those communications, Millstein & Co. became aware that there were certain clerical errors in the summary time charts in the cover pages to the Final Fee Application. In order to correct the

**OBJECTION DEADLINE: October 14, 2016**

record and clarify any confusion, Millstein & Co. attaches as <u>Exhibit A</u> corrected summary

charts in substitution for the summary time charts on pages 3 and 4 of its Final Fee Application.

In addition to the voluntary reduction of $525,000 described in the Final Fee Application,

in order to resolve issues raised by the Fee Examiner, Millstein & Co. voluntarily agreed to

modify its request for compensation in the Final Fee Application by reducing the total amount of

compensation sought by $5,645.16.   Millstein & Co. understands that this reduction will be

reflected in the Fee Examiner's forthcoming report.

WHEREFORE, Millstein & Co. respectfully requests that this Court consider the Final

Fee Application as supplemented by this Supplement and (i) enter the proposed order attached

hereto as <u>Exhibit B</u> (A) approving final allowance of compensation for professional services

rendered during the Seventh Interim Application Period (as defined in the Final Fee Application)

in the amount of $700,000.00 in lieu of the original requested amount of $705,645.16, (B)

approving final allowance of compensation for professional services rendered during the Final

Application Period (as defined in the Final Fee Application) in the amount of $4,205,833.34 in

lieu of the original requested amount of $4,211,478.50, which includes a discount of

$530,645.16 from the professional fees incurred (the sum of the original $525,000 discount and

the additional discount of $5,645.16), (C) approving final allowance of reimbursement of

expenses in the amount of $3,527.09, representing 100% of actual and necessary expenses

incurred during the Final Application Period (as defined in the Final Fee Application) and (D)

authorizing and directing the Debtor to pay Millstein & Co. an amount of $2,022,000, which

equals the amount of compensation sought for the Final Application Period in the Final Fee

Application that remains unpaid, after taking into account the agreed-to reductions as discussed

in this Supplement and the amounts paid by the Debtor subsequent to the filing of the Final Fee

**OBJECTION DEADLINE: October 14, 2016**

Application; and (ii) grant Millstein & Co. such other and further relief as the Court deems just and proper.

Dated: September 26, 2016

MILLCO ADVISORS, LP

Jane L. Vris
585 Madison Avenue, 16th Floor
New York, New York 10022
Telephone: (212) 416-5800
Facsimile: (646) 559-2394

Financial Advisor for the International Union,
United Automobile, Aerospace and Agricultural
Implement Workers of America (UAW) as Section
1114 Authorized Representative