United States Bankruptcy Court
Northern District of Illinois
Eastern Division

| | |
|---|---|
| In re: | Case No. 14bk11873 |
| The Budd Company, Inc. | Chapter 11 |
| Debtor. | |

## ORDER ON INTERIM AND FINAL FEE APPLICATIONS

**[DKT. NOS. 2003, 2004, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024]**

Applications for Interim and Final Compensation and Reimbursement of Expenses filed by professionals employed by the estate will be taken under advisement without need for any appearance on October 21, 2016 at 1:30 p.m.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this ___ day of October, 2016

Case No. 14 B 11873
In re: The Budd Company, Inc.
Updated: 6/10/16

## <u>CERTIFICATE OF SERVICE</u>

I, Adam Cox, certify that on _____OCT 0 7 2016_____, I caused to be served copies of the

foregoing document to the following on the attached service list by electronic service through the

Court's CM/ECF system or regular mail:

_____
Judicial Assistant/Deputy Clerk