United States Bankruptcy Court
Northern District of Illinois
Eastern Division

| In re: | Case No. 14bk11873 |
|---|---|
| The Budd Company, Inc. | Chapter 11 |
| Debtor. | |

## ORDER ON INTERIM AND FINAL FEE APPLICATIONS

[DKT. NOS. 2003, 2004, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024]

All pending Applications for Compensation and Reimbursement of Expenses are set for status on Friday, October 28, 2016 at 1:30 p.m. Counsel for UAW will request that counsel for the UAW VEBA appear either in person or by telephone to inform the court whether that entity, which is a party in interest to these Applications, has any interest in objecting to any of the Applications.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this ___ day of October, 2016