**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE BUDD COMPANY, INC., | ) | Case No. 14-11873 |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |

**NOTICE OF (I) SUPPLEMENT TO THE SEVENTH INTERIM FEE APPLICATION (FOR THE PERIOD APRIL 1, 2016 THROUGH AUGUST 25, 2016) AND FINAL FEE APPLICATION (FOR THE PERIOD APRIL 9, 2014 THROUGH AUGUST 25, 2016) OF CLEARY GOTTLIEB STEEN & HAMILTON LLP, COUNSEL TO THE UAW, AND (II) AMENDED PROPOSED ORDER TO THE SEVENTH INTERIM AND FINAL FEE APPLICATION OF CLEARY GOTTLIEB STEEN & HAMILTON LLP, COUNSEL TO THE UAW**

**PLEASE TAKE NOTICE** that, on October 28, 2016, Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") filed that certain *Supplement to the Seventh Interim Fee Application (For The Period April 1, 2016 Through August 25, 2016) And Final Fee Application (For The Period April 9, 2014 Through August 25, 2016) Of Cleary Gottlieb Steen & Hamilton LLP, Counsel To The UAW As Section 1114 Authorized Representative*.

**PLEASE TAKE FURTHER NOTICE** that, on October 28, 2016, Cleary Gottlieb also filed that certain attached Amended Proposed Order to that certain *Seventh Interim Fee Application (For The Period April 1, 2016 Through August 25, 2016) And Final Fee Application (For The Period April 9, 2014 Through August 25, 2016) Of Cleary Gottlieb Steen & Hamilton LLP, Counsel To The UAW As Section 1114 Authorized Representative*.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in this case are available free of charge by visiting the case website maintained by Epiq Bankruptcy Solutions, LLC, notice and claims agent for this chapter 11 case, at http://dm.epiq11.com/Budd or by calling (646) 282-2400. You also may obtain copies of any pleadings by visiting the Court's website at www.ilnb.uscourts.gov in accordance with the procedures and subject to the fees applicable thereto.

Dated: October 28, 2016                     Respectfully submitted,


                                            By: /s/        *James L. Bromley*
                                            James L. Bromley (admitted *pro hac vice*)
                                            Daniel J. Soltman (admitted *pro hac vice*)
                                            CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                            One Liberty Plaza
                                            New York, New York 10006
                                            jbromley@cgsh.com
                                            Telephone: (212) 225-2000
                                            Facsimile: (212) 225-3999

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THE BUDD COMPANY, INC., | ) Case No. 14-11873 |
| | ) |
| Debtor. | ) Honorable Jack B. Schmetterer |
| | ) |

**SUPPLEMENT TO THE SEVENTH INTERIM FEE APPLICATION
(FOR THE PERIOD APRIL 1, 2016 THROUGH AUGUST 25, 2016) AND
FINAL FEE APPLICATION (FOR PERIOD APRIL 9, 2014 THROUGH AUGUST
25, 2016) OF CLEARY GOTTLIEB STEEN & HAMILTON LLP, COUNSEL
TO THE UAW AS SECTION 1114 AUTHORIZED REPRESENTATIVE**

In conjunction with that certain *Fee Examiner's Report and Recommendations With Regard to Applications Seeking Interim Compensation and Reimbursement of Expenses*, dated October 12, 2016 [D.I. 2040] (the "Report"), Cleary Gottlieb[1] respectfully submits this supplement (the "Supplement") to its *Seventh Interim Fee Application (For The Period April 1, 2016 Through August 25, 2016) And Final Fee Application (For The Period April 9, 2014 Through August 25, 2016) Of Cleary Gottlieb Steen & Hamilton LLP, Counsel To The UAW As Section 1114 Authorized Representative* [D.I. 2020] (the "Application").

The Report accurately reflects Cleary Gottlieb's discussions and agreement with the fee examiner.  Pursuant to those discussions, and in addition to the write-offs and reductions detailed in the Application, which totaled more than $2,800,000.00 over the course of the Final Application Period, Cleary Gottlieb has agreed to reduce its request for compensation and expenses by $53,901.23 and $1,201.88, respectively.

---

[1] Capitalized terms used but not defined herein shall have the same meaning as defined in the Application.

**WHEREFORE**, Cleary Gottlieb respectfully requests that this Court, as provided in the revised form of order attached hereto: (a) allow Cleary Gottlieb (i) interim compensation in the amount of $617,456.02 for actual, reasonable and necessary professional services rendered on behalf of the UAW during the period April 1, 2016 through August 25, 2016 and interim reimbursement in the amount of $35,598.80 for actual, reasonable and necessary expenses incurred during the same period and (ii) final compensation in the amount of $8,843,385.51 for actual, reasonable and necessary professional services rendered on behalf of the UAW during the period April 9, 2014 through August 25, 2016 and final reimbursement in the amount of $453,757.94 for actual, reasonable and necessary expenses incurred during the same period; and (b) authorize and direct the Debtor to pay to Cleary Gottlieb an amount of $78,452.67, which equals the amount of compensation sought to be disbursed in the Application, or $284,517.34, less (i) amounts received from the Debtor subsequent to the filing of the Application in accordance with the Interim Compensation Procedures for the months of July and August 2016 and (ii) the agreed to reductions as described in this Supplement, which together amount to $206,064.67.

Dated: October 28, 2016

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/      James L. Bromley*
James L. Bromley (*admitted pro hac vice*)
Daniel J. Soltman (*admitted pro hac vice*)
One Liberty Plaza
New York, New York 10006
jbromley@cgsh.com
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

*Counsel for the International Union, United Automobile,*

*Aerospace and Agricultural Implement Workers of America (UAW) as Section 1114 Authorized Representative*