**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE BUDD COMPANY, INC., | ) | Case No. 14-11873 |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |
| | ) | |
| | ) | **Re: Dkt. No. 2011** |

**NOTICE OF FILING OF**
**REVISED PROPOSED ORDER GRANTING**
**SEVENTH INTERIM AND FINAL FEE APPLICATION OF**
**PROSKAUER ROSE LLP FOR COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL**
**TO DEBTOR FOR THE PERIOD MARCH 31, 2014 THROUGH JULY 31, 2016**

**PLEASE TAKE NOTICE** that on **August 29, 2016,** the *Seventh Interim and Final Application of Proskauer Rose, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to Debtor the Budd Company, Inc. for the Period March 31, 2014 through July 31, 2016* (the "Fee Application") [Dkt. No. 2011] was filed.

**PLEASE TAKE NOTICE FURTHER NOTICE** that per discussions with Diana G. Adams, the Independent Fee Examiner, Proskauer agreed to the reduction of (i) compensation in the amount of $4,030.00 and (ii) expenses in the amount of $137.87 for the Seventh and Final Fee Period.

**PLEASE TAKE FURTHER NOTICE** that Proskauer has attached hereto as **Exhibit A** a revised proposed *Order Granting Seventh Interim and Final Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to Debtor for the Period March 31, 2014 through July 31, 2016*, reflecting the agreed upon reductions.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in this case are available free of charge by visiting the case website maintained by Epiq Bankruptcy Solutions, LLC, notice and claims agent in this chapter 11 case, at http://dm.epiq11.com/TBC or by calling (646) 282-2400. You may also obtain copies of any pleadings by visiting the Court's website at http://www.ilnb.uscourts.gov in accordance with the procedures and subject to the fees applicable thereto.

[*Remainder of Page Intentionally Left Blank*]

<table>
<tr><td>Dated: October 31, 2016<br>Chicago, Illinois</td><td>**THE BUDD COMPANY, INC.**<br><br>By: /s/ *Jeff J. Marwil*<br>    One of its attorneys<br><br>Jeff J. Marwil (IL #6194054)<br>Jeremy T. Stillings (IL #6278968)<br>PROSKAUER ROSE LLP<br>70 West Madison Street, Suite 3800<br>Chicago, Illinois 60602<br>Phone: (312) 962-3550<br>Fax: (312) 962-3551<br><br>*Counsel to the Debtor*</td></tr>
</table>