UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THE BUDD COMPANY, INC., | ) Case No. 14-11873 |
| | ) |
| Debtor. | ) Honorable Jack B. Schmetterer |

**ORDER GRANTING SEVENTH INTERIM (FOR THE PERIOD OF APRIL 1, 2016 THROUGH JULY 31, 2016) AND FINAL (FOR THE PERIOD OF MAY 7, 2014 THROUGH JULY 31, 2016) FEE APPLICATION OF MILLIMAN, INC., ACTUARY TO THE INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW) AS SECTION 1114 AUTHORIZED REPRESENTATIVE**

Upon consideration of the Seventh Interim and Final Fee Application (the "Application")[10] of Milliman, Inc. ("Milliman"), as actuary for the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) (the "UAW"), as section 1114 authorized representative, for Interim Application Period; and upon consideration of the monthly fee statements subject to the Application (the "Fee Statements"); the Court having reviewed the Application and the Fee Statements; and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and determining that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

    1. The Application is GRANTED.

---

[10]    Terms not defined herein shall have the same meaning as set forth in the Application.

1

2. Milliman is allowed interim compensation and reimbursement of expenses for the period April 1, 2016 through July 31, 2016 in the amounts of $49,569.25 and $1,550.24, respectively.

3. Milliman is allowed final compensation and reimbursement of expenses for the period May 7, 2014 through July 31, 2016 in the amounts of $240,671.40 and $6,096.94, respectively.

4. The Debtor is authorized and directed to disburse to Milliman payment in the amount of (a) the difference between 100% of the total fees and expenses allowed in the Interim Application Period and the actual interim payments received by Milliman for fees and expenses under the Fee Statements during the Interim Application Period; plus (b) the outstanding balance remaining from any prior fee periods. Therefore, the Debtor is directed to promptly pay Milliman $62,944.24.

5. The Debtor is authorized and directed to take such actions as may be necessary and appropriate to implement the terms of this Order.

6. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

7. This Order shall be effective immediately upon entry.

Dated: 10/28/16 2016
Chicago, Illinois
OCT 28 2016

UNITED STATES BANKRUPTCY JUDGE

2